**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00233-CV**
_____

**MONIQUE WILLIAMS, Appellant**

**V.**

**ERIC DUHON AND BRANDY DUHON, Appellees**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B200086-C**

**MEMORANDUM OPINION**

Appellant Monique Williams filed a notice of appeal from a final judgment

signed on April 29, 2021. The trial court found that Appellant is not indigent and

capable of paying for the appellate record. *See* Tex. R. Civ. P. 145(f). Appellant did

not seek appellate review of the trial court's order. *See id.* 145(g).

On September 27, 2021, we notified the parties that the clerk's record had not

been filed due to Appellant's failure to pay, or to arrange to pay, the District Clerk's

fee for preparing the clerk's record and warned that the appeal would be dismissed

for want of prosecution unless Appellant established that she had arranged to pay the fee or that she needed additional time to do so. *See* Tex. R. App. P. 37.3(b). On October 19, 2021, we sent a letter to the parties warning that the appeal would be dismissed for want of prosecution unless Appellant paid the filing fee for the appeal. *See id.* 5, 20.1(b)(1), 42.3. Neither of the parties filed a response to our notices.

In the absence of satisfactory explanations justifying Appellant's failure to pay the filing fee for her appeal and her failure to arrange to pay for a clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See id.* 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 8, 2021
Opinion Delivered December 9, 2021

Before Golemon, C.J., Kreger and Horton, JJ.